# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

# ***NOTICE***

***AUTOMATED SOLUTIONS CORPORATION***

***V.*** ***MC 05-128ML***

***PARAGON DATA SYSTEMS INC.***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE DAVID L. MARTIN***

***TYPE OF PROCEEDING:*** ***Defendant's Motion for Protective Order and/or Stay Response to Subpoena Duces Tecum***

***PLACE:*** ***U.S. District Court***
***Courtroom B - Room 260***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***Thursday, November 3, 2005***

***TIME:*** ***10:00 A.M.***

***David A. DiMarzio, Clerk of Court***

Martha Saucier

Martha Saucier
Deputy Clerk
Date: October 24, 2005

**NOTICE SENT TO:** **Reale, Carson, Koehler**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7218 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.