UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AUTOMATED SOLUTIONS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PARAGON DATA SYSTEMS, INC.,<br><br>Defendant. | CASE NO. MC 05-128ML<br><br>JUDGE MARY LISI<br>Magistrate Judge David L. Martin<br><br>[Related Case Pending in the United States District Court for the Northern District of Ohio<br>Case No. 1:05-CV-01519<br>Judge Leslie Brooks Wells] |

**MOTION OF PLAINTIFF AUTOMATED SOLUTIONS CORPORATION TO FILE DECLARATION OF CONSULTING EXPERT UNDER SEAL**

For the reasons set forth in the accompanying Memorandum of Law, herein incorporated, Plaintiff Automated Solutions Corporation respectfully requests that this Honorable Court permit it to file under seal a Declaration of its consulting expert in support of its Objection to Motion of Defendant for Protective Order and/or Stay Response to Subpoena Duces Tecum and serve opposing counsel with a redacted copy of the declaration to protect the identity of the consulting expert.

Plaintiff,
By its attorney,

George E. Lieberman (#3860)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, Rhode Island 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

Dated: November 1, 2005

**CERTIFICATION**

Joseph J. Reale, Jr., Esq.
JOSEPH J. REALE, JR., LTD.
30 Kennedy Plaza, Suite 400
Providence, Rhode Island 02903

I hereby certify I caused to be mailed, U.S. mail, first-class, postage prepaid, to the above-named counsel of record a copy of the within Motion on the 1st day of November, 2005.

George E. Lieberman (#3860)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, Rhode Island 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

Dated: November 1, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AUTOMATED SOLUTIONS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PARAGON DATA SYSTEMS, INC.,<br><br>Defendant. | CASE NO. MC 05-128ML<br><br>JUDGE MARY LISI<br>Magistrate Judge David L. Martin<br><br>[Related Case Pending in the United States District Court for the Northern District of Ohio Case No. 1:05-CV-01519 Judge Leslie Brooks Wells] |

**MEMORANDUM OF LAW OF PLAINTIFF IN SUPPORT OF ITS MOTION TO FILE DECLARATION UNDER SEAL**

This Court should permit Plaintiff Automated Solutions Corporation to file under seal the Declaration of its consulting expert in support of its Objection to Motion of Defendant Paragon Data Systems, Inc. for Protective Order and/or Stay Response to Subpoena Duces Tecum (the "Objection"), attached hereto as Exhibit A (the "Declaration").

Automated wishes to support its Objection with the Declaration. The Declaration has been made by Automated's consulting expert. Automated has not yet hired a testifying expert in the case. In order to maintain the privilege and confidentiality of its consulting expert, and pursuant to the United States District Court, District of Rhode Island General Order #2002-01, Automated should be permitted to file the Declaration under seal and provide opposing counsel with a redacted version of the Declaration removing references to the identity of the consulting expert.

## CONCLUSION

For all of the foregoing reasons, Plaintiff Automated Solutions Corporation respectfully requests that this Court grant its Motion to file the declaration of its consulting expert under seal.

Plaintiff,
By its attorney,

George E. Lieberman (#3860)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, Rhode Island 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

Dated: November 1, 2005

**CERTIFICATION**

Joseph J. Reale, Jr., Esq.
JOSEPH J. REALE, JR., LTD.
30 Kennedy Plaza, Suite 400
Providence, Rhode Island 02903

I hereby certify I caused to be mailed, U.S. mail, first-class, postage prepaid, to the above-named counsel of record a copy of the within Memorandum in Support on the 1st day of November, 2005.

George E. Lieberman (#3860)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, Rhode Island 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

Dated: November 1, 2005