UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AUTOMATED SOLUTIONS CORPORATION, | ) | CASE NO. MC 05-128ML |
| | ) | |
| | ) | JUDGE MARY LISI |
| Plaintiff, | ) | Magistrate Judge David L. Martin |
| | ) | |
| v. | ) | [Related Case Pending in the United States |
| | ) | District Court for the Northern District of Ohio |
| PARAGON DATA SYSTEMS, INC. | ) | Case No. 1:05-CV-01519 |
| | ) | Judge Leslie Brooks Wells] |
| Defendant. | ) | |

Attached is Exhibit (Declaration) in support of Objection of Plaintiff Automated Solutions Corporation to Defendant's Motion for Protective Order and/or Stay Response to Subpoena Duces Tecum.

Plaintiff,
Automated Solutions Corporation
By its attorney,

George E. Lieberman (#3860)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, RI 02903
Phone: (401) 456-1200
Fax: (401) 456-1210

Dated: November 2, 2005

CERTIFICATION

Joseph J. Reale, Jr., Esq.
JOSEPH J. REALE, JR., LTD.
30 Kennedy Plaza, Suite 400
Providence, Rhode Island 02903

I hereby certify I caused to be hand delivered to the above-named counsel of record a copy of the within Motion on the 2nd day of November, 2005.

George E. Lieberman (#3860)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, Rhode Island 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;421173;1