IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AUTOMATED SOLUTIONS CORPORATION, | ) | CASE NO. 1:05-CV-01519 |
| Plaintiff, | ) | JUDGE LESLIE BROOKS WELLS |
| v. | ) | **DECLARATION OF [REDACTED]** |
| PARAGON DATA SYSTEMS, INC., | ) | |
| Defendant. | ) | |

I, [REDACTED] , state as follows:

1. I am an individual residing in [REDACTED]

2. I make this declaration upon my personal knowledge.

3. I have 37 years experience in programming.

4. I am a professor of computer science, professor of statistics, intellectual property center fellow, and chair of the department of computer science at [REDACTED]

5. I have worked at [REDACTED] for 28 years.

6. I have extensive experience in determining whether copyright infringement of software has occurred, including, but not limited to, regularly analyzing my students' work to determine whether it has been copied from others' pre-existing works.

7. I have been retained as an expert consultant on behalf of Plaintiff Automated Solutions Corporation in the above referenced matter to compare Automated's code/software to Defendant Paragon Data Systems, Inc.'s ("Paragon") code/software to determine whether Paragon has infringed Automated's work.

8. In order for me to do so, it would be impossible to review Paragon's code/software at its counsel's office on its counsel's computer as it requests – for the following reasons:

- I have preexisting software that will assist me in comparing an electronic version of Paragon's code and project files to Automated's code and project files to test for characteristics of similarity among the programs (including "fingerprinting" unique characteristics that the different codes share), overlaps and partial overlaps, and other indicia of copyright infringement. The pre-existing copyright violation detection software products that I have on my personal computer system that would allow me to do this are likely not compatible with the operating system that Paragon's counsel would provide on a system at its office and the license for these software products prohibits me from installing them on a computer other than my system.

- I need to reassemble Paragon's software from source code (human readable code written in a programming language) to object/executable code (version that is not human-readable, but capable of actually running on the computer) in order to ensure that the source code that Paragon has provided matches its object/executable code that it is presently marketing. Again, the pre-existing software tools that I have on my personal computer system to allow me to do this are likely not compatible with the operating system that Paragon's counsel would provide on a system at its office and the license for the software prohibits me from installing it on a computer other than my system.

- So that I can continue to satisfy my duties and obligations to [REDACTED] , I intend to perform this work on my personal equipment in the evenings and on weekends.

- It would be unduly burdensome for me to travel from the [REDACTED] area – where I live and work – to Cleveland, Ohio, every time that I need to review Paragon's code/software in connection with providing my expert opinion in this matter.

9. In order for me to effectively and efficiently compare Automated and Paragon's code/software, I need the following, which I understand has been requested from Paragon in discovery in this matter:

- An electronic copy of Paragon's source code;

- The electronic project files for Paragon's software; and

- An electronic copy of the object/executable version of Paragon's software.

10. Requiring me to review Paragon's code/software at its counsel's office on Paragon's counsel's computer would prevent me from performing my task of opining whether or not Paragon's software/code infringes on Automated's software/code.

11. I agree to keep any Paragon code/software provided to me in connection with this case in the strictest confidence. I will not share Paragon's code/software with Automated, its employees, independent contractors or internal counsel (if any), and I agree to refrain from making any copies of Paragon's code/software except for what is necessary in order for me to perform my review and analysis of the code/software in connection with this case.

12. I have never been employed by or consulted with Automated and I do not plan on becoming employed by or consulting with Automated, other than in connection with this case.

FURTHER DECLARANT SAYETH NAUGHT.

Dated: October 28, 2005 [REDACTED]