UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AUTOMATED SOLUTIONS CORPORATION, | ) | CASE NO. MC 05-128ML |
| | ) | |
| Plaintiff, | ) | JUDGE MARY LISI<br>Magistrate Judge David L. Martin |
| v. | ) | [Related Case Pending in the United States District Court for the Northern District of Ohio Case No. 1:05-CV-01519 Judge Leslie Brooks Wells] |
| PARAGON DATA SYSTEMS, INC. | ) | |
| Defendant. | ) | |

**MOTION OF PLAINTIFF AUTOMATED SOLUTIONS CORPORATION TO FILE EXHIBITS IN EXCESS OF FIVE PAGES**

Plaintiff Automated Solutions Corporation respectfully moves for leave to file exhibits in excess of five (5) pages in support of its Objection to defendant's protective order. See Amended General Order #2002-01. In support of its Motion, Plaintiff Automated Solutions Corporation states that:

1. The exhibits are necessary for the resolution by the Honorable Court on the merits of the discovery dispute; and

2. The defendant in this case, Paragon Data Systems, Inc., filed exhibits well in excess of five (5) pages and apparently without leave of Court.

WHEREFORE, plaintiff Automated Solutions Corporation moves for leave to file exhibits in excess of five (5) pages in support of its Objection.

Plaintiff,
Automated Solutions Corporation
By its attorney,

George E. Lieberman (#3860)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, RI 02903
Phone: (401) 456-1200
Fax: (401) 456-1210

Dated: November 2, 2005

CERTIFICATION

Joseph J. Reale, Jr., Esq.
JOSEPH J. REALE, JR., LTD.
30 Kennedy Plaza, Suite 400
Providence, Rhode Island 02903

I hereby certify I caused to be hand delivered to the above-named counsel of record a copy of the within Motion on the 2nd day of November, 2005.

George E. Lieberman (#3860)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, Rhode Island 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;421159;1