UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AUTOMATED SOLUTIONS CORPORATION
Plaintiff(s)

v.

C.A. No. MC 05-128ML

PARAGON DATA SYSTEMS, INC.
Defendant(s)

JUDGE MARY LISI
Magistrate Judge David L. Martin

UNCONTESTED
MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

[Related Case Pending in the United States District Court of Ohio; Case No. 1:05-CV-01519; Judge Leslie Brooks Wells]

Plaintiff/Defendant Automated Solutions Corporation hereby moves that Drew A. Carson, Esq. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which associate trial counsel specializes: See Exhibit A attached hereto.
- Associate trial counsel's long-standing representation of the client: See Exhibit A attached hereto.
- The local trial bar lacks experience in the field of: ________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which ________ counsel is familiar, specifically : ________________.
- The case requires extensive discovery in a foreign jurisdiction convenient to ________ counsel, as follows: ________________.
- It is a criminal case, and ________ counsel is defendant's counsel of choice.
- Other: Associate trial counsel has specialized expertise in Software infringement cases

(Plaintiff/Defendant)
By: [signature]
Attorney for Plaintiff
Automated Solutions Corporation

DATED: November 1, 2005

George E. Liberman
Rhode Island Bar No. 3860
Tillinghast Licht LLP
Ten Wybosset Street
Providence, Rhode Island 12903
Tel: (401) 456-1327

**<u>Exhibit A</u>**
**[To Uncontested Motion for Entry of Appearance *Pro Hac Vice*]**

(Grounds)

- Automated has brought an action in the Northern District of Ohio against Defendant Paragon Data Systems, Inc. ("Paragon") for copyright infringement based on Paragon's marketing and sale of a software system developed by Automated for management of newspaper deliveries (the "Software"), with respect to which Automated has obtained exclusive federal copyrights. The parties were formerly parties to a joint development contract related to the development, marketing, and sale of the Software. Contract disputes arose, and the parties tried their respective claims to ownership of the Software in state court in Ohio in December 2004. Following trial, the Ohio state court awarded Automated exclusive ownership rights to the Software. Undersigned counsel represented Automated in the state court trial, and now represents Automated in its copyright infringement action against Paragon.

- Upon information and belief, Automated alleges that Paragon has continued to market and sell the Software in violation of Automated's copyrights. Upon information and belief, Automated alleges that Paragon has sold the Software to the Providence Journal. Automated's action against Paragon is pending in the United States District Court for the Northern District of Ohio, Case No. 1:05-CV-01519. The related action before this Court is Paragon's Motion for Protective Order and/or Stay Response to Subpoena Duces Tecum Automated caused to be served on the Providence Journal.

- Due to undersigned counsel's familiarity with the facts of this case and long-standing representation of the party Plaintiff, Automated, undersigned counsel respectfully moves the Court for entry of appearance *pro hac vice* as associate trial counsel with local associate counsel identified below for the limited purpose of opposing Paragon's Motion. Attached to this Motion and expressly incorporated herein, is undersigned counsel's certification for *pro hac vice* admission.

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Ohio and of the following Federal District Court and/or Court of Appeals Bar(s) United States District Court for the Northern District of Ohio, and the Court of Appeals for the Sixth Circuit, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| Name Drew A. Carson | Local Associate Counsel George E. Lieberman |
| (Ohio Bar No. 0037641) | 3860 R.I. Bar ID # |
| Goodman Weiss Miller LLP<br>Firm Name | Tillinghast Licht LLP<br>Firm Name |
| 100 Erieview Plaza, 27th Floor<br>Business Address<br>Cleveland, Ohio 44114-1882 | Ten Weybosset Street<br>Business Address<br>Providence, Rhode Island 02903 |
| (216) 696-3366 Tel. #   (216) 363-5835 Fax # | (401) 456-1327 Tel. #   (401) 456-1210 Fax # |

---

**Order :** This motion is hereby ________________.

U.S. District Judge
Date: ________________

pro hac vice motion (rev 3/05)

## CERTIFICATION

Joseph J. Reale, Jr., Esq.
JOSEPH J. REALE, JR., LTD.
30 Kennedy Plaza, Suite 400
Providence, Rhode Island 02903

I hereby certify I caused to be hand delivered to the above-named counsel of record a copy of the within Motion on the 2nd day of November, 2005.

George E. Lieberman (#3860)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, Rhode Island 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;421159;1