FILED
NOV 2 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AUTOMATED SOLUTIONS CORPORATION, | ) | CASE NO. MC 05-128ML |
| Plaintiff, | ) | JUDGE MARY LISI<br>Magistrate Judge David L. Martin |
| v. | ) | [Related Case Pending in the United States District Court for the Northern District of Ohio |
| PARAGON DATA SYSTEMS, INC. | ) | Case No. 1:05-CV-01519<br>Judge Leslie Brooks Wells] |
| Defendant. | ) | |

**MOTION OF PLAINTIFF AUTOMATED SOLUTIONS CORPORATION TO FILE EXHIBITS IN EXCESS OF FIVE PAGES**

Plaintiff Automated Solutions Corporation respectfully moves for leave to file exhibits in excess of five (5) pages in support of its Objection to defendant's protective order. See Amended General Order #2002-01. In support of its Motion, Plaintiff Automated Solutions Corporation states that:

1. The exhibits are necessary for the resolution by the Honorable Court on the merits of the discovery dispute; and

2. The defendant in this case, Paragon Data Systems, Inc., filed exhibits well in excess of five (5) pages and apparently without leave of Court.

WHEREFORE, plaintiff Automated Solutions Corporation moves for leave to file exhibits in excess of five (5) pages in support of its Objection.

GRANTED.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
November 3, 2005

Referred to U.S.M.J. MARTIN
☐ for findings & recommendations
☒ for determination
☐

Mary M. Lisi, U.S. District Judge
Date: 11/2/05