AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

Automated Solutions Corp.

v.

Paragon Data Systems Inc.

APPEARANCE

CASE NUMBER: MC 05-128 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Providence Journal Company

I certify that I am admitted to practice in this court.

11/3/05
*Date*

Kristin E Rodgers
*Signature*

Kristin E. Rodgers
*Print Name*

4842
*Bar Number*

30 Exchange Terrace
*Address*

Providence
*City*

RI
*State*

02903
*Zip Code*

401-831-8900
*Phone Number*

401-751-7542
*Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher