UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: PARAGON DATA SYSTEMS, INC. (ATTORNEY JOSEPH V. REALE, JR.)

RE: ~~CA~~ MC 05-128ML

AUTOMATED SOLUTIONS v. PARAGON DATA SYSTEMS

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 10 / 31 / 05 and have made the following determination:

________ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

________ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

____ 8. Document violates Amended General Order 2002-01.

✓ 9. Other: PRO HAC VICE MOTION NOT FILED IN PROPER FORM

ENTER:

[signature]

United States Magistrate Judge

SCANNED

Date: 11/2/05

cc: Counsel of Record

RECEIVED
OCT 31 2005
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

AUTOMATED SOLUTIONS CORPORATION
Plaintiff
v.
PARAGON DATA SYSTEMS, INC.
Defendant(s)

C.A. No. MC 05-128ML

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendant, PARAGON DATA SYSTEMS, INC., hereby moves that TIMOTHY J. FITZGERALD be admitted **PRO HAC VICE** in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The pending action involves a Motion for Protective Order regarding documents to be produced by a third party in a matter pending in the Federal District Court for the Northern District of Ohio. The case involves a complex area of law involving proprietary information, trade secrets, confidentiality and other claims of infringement as it relates to the plaintiff's claims. Counsel, Timothy J. Fitzgerald, is counsel of record for Paragon Data Systems, Inc. in that matter in Ohio and has intimate knowledge of the case and a basis for the Motion for Protective Order.

- Moreover, Mr. Fitzgerald has a relationship with the client in that primary litigation and the matter before this Court is only limited to the scope of the protection to be afforded the documents to be produced by a third party. Essentially, a local corporation, The Providence Journal Company, has been subpoenaed to produce documents by the plaintiff in the pending matter. The plaintiff and the defendant cannot agree on the scope of protection of to be afforded documents as Paragon claims that they are proprietary and should be provided only to limited parties as determined by a previous order of protection issue by the Federal Court in Ohio.

- Mr. Fitzgerald is best able to explain to this Court the scope of the dispute, as well as the need for protection with regard to the documents to be produced. Mr. Fitzgerald is in good standing in all jurisdictions in which he is submitted and subject to no disciplinary proceeding and does not regularly practice in the Federal District Court for the District of Rhode Island pursuant to his sworn affidavit attached hereto and incorporated herein.