**Denise Hinkle**

**From:** Denise Hinkle
**Sent:** Friday, November 11, 2005 9:57 AM
**To:** Tim Fitzgerald
**Cc:** David Kunselman
**Subject:** FROM DREW CARSON

Hi Tim:

Two things. First, are we going to Rhode Island next week? Second, any thoughts regarding my suggestion that the parties consent to the jurisdiction of Hemann over the case?

Regards,
Drew

**DREW A. CARSON, ESQ.**
By: Denise A. Hinkle, Legal Assistant
GOODMAN WEISS MILLER LLP
100 Erieview Plaza, 27th Floor
Cleveland, OH 44114-1882
216-696-3366
216-363-5835 – fax
www.goodmanweissmiller.com

This e-mail is a private communication from the law firm of GOODMAN WEISS MILLER LLP that may be confidential and legally privileged. The e-mail message (and any attachments) is sent to the intended individual or entity recipient, and no one else. If you are not the intended recipient, please do not read, copy, use, or disclose this communication to others; and please notify the sender by replying to this message, and then delete it from your system. Thank you.

EXHIBIT A