# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
| **CASE NUMBER** | 05 C 4429 | **DATE** | 10/7/2005 |
| **CASE TITLE** | Automated Solutions Corp. vs. Paragon Data Systems, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for protective order and to quash subpoena Paragon Data Systems, Inc. caused to be served on non-party Chicago Tribune Co. is granted and it is so ordered. Any pending motion in this case is terminated as moot and the case is terminated.

■[ For further details see text below.] Docketing to mail notices.

## STATEMENT

| | |
|---|---|
| Courtroom Deputy Initials: | MPJ |

EXHIBIT B