***EXHIBIT A***

**LOG OF PROVIDENCE JOURNAL DOCUMENTS**

| Bates Number: | Document Type | Description of Subject Matter | Level of Protective Order Sought |
|---|---|---|---|
| PJC0001 | correspondence | Letter from K. Rodgers to J. Reale, dtd. 11/3/05 | none |
| PJC0002-0009 | subpoena | Subpoena Duces Tecum served upon The Providence Journal Co. | none |
| PJC0010 | correspondence | Letter from W. Pelland to D. Safenovitz dtd. 8/11/05 | none |
| PJC0011-0012 | memo | Outline of PJC's requirements for proposed system | none |
| PJC0013 | memo | meeting agenda | none |
| PJC0014-0015 | notes | 2 pages of handwritten notes dtd. 7/7/05 | none |
| PJC0016-0037 | powerpoint | DRACI powerpoint presentation | "attorney's eyes only" |
| PJC0038-0047 | powerpoint | DRACI powerpoint presentation w/handwritten notes | "attorneys eyes only" |
| PJC0048-0049 | notes | 2 pages of handwritten notes | none |
| PJC0050-0051 | e-mail | e-mail from D. Safenovitz to W. Pelland, dtd. 8/16/05 | none |
| PJC0052-0054 | e-mail | e-mail string between S. Safenovitz and W. Pelland, dtd. 7/14-15/05 | redact names/telephone numbers of the 4 references on PJC0053 |
| PJC0055-0056 | quote/proposal | Non-Capital cost quote and pricing by D. Safenovitz to W. Pelland dtd. 7/15/05 | "attorney's eyes only" |

| Bates Number: | Document Type | Description of Subject Matter | Level of Protective Order Sought |
|---|---|---|---|
| PJC0057-0059 | quote/proposal | Capital cost quote and pricing by D. Safenovitz to W. Pelland dtd. 7/15/05 | "attorney's eyes only" |
| PJC0060-0061 | e-mail | e-mail from S. Safenovitz and W. Pelland, dtd. 7/14/05 | redact names/telephone numbers of the 4 references (same as PJC0053) |
| PJC0062-0064 | quote/proposal | Cost quote and pricing by D. Safenovitz to W. Pelland dtd. 7/14/05 | "attorney's eyes only" |
| PJC0065-0066 | e-mail | e-mail from S. Safenovitz and W. Pelland, dtd. 7/14/05 [duplicate of PJC0060-0061] | redact names/telephone numbers of the 4 references (same as PJC0053) |
| PJC0067-0068 | e-mail | e-mail from D. Safenovitz to W. Pelland, dtd. 8/16/05 [duplicate of PJC0050-0051] | none |
| PJC0069-0078 | powerpoint | DRACI powerpoint presentation [duplicate of PJC0038-0047 w/o handwritten notes] | "attorneys eyes only" |
| PJC0079 | advertisement | printed advertisement for SCSE | none |
| PJC0080 | correspondence | Letter from W. Pelland to D. Safenovitz dtd. 8/11/05 [duplicate of PJC0010] | none |
| PJC00081-00082 | memo | Outline of PJC's requirements for proposed system [duplicate of PJC0011-0012] | none |
| PJC00083 | notes | handwritten notes | none |
| PJC00084-00085 | advertisement | printed advertisement for DRACI | none |
| PJC00086-00087 | advertisement | printed advertisement for DRACI [duplicate of PJC00084-00085] | none |