112593
#827885

**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ***AUTOMATED SOLUTIONS CORPORATION,*** | ) | **CASE NO. MC 05-128ML** |
| | ) | |
| | ) | **JUDGE MARY LISI** |
| **Plaintiff** | ) | **Magistrate Judge David L. Martin** |
| | ) | |
| *vs.* | ) | **[Related Case Pending in the United** |
| | ) | **States District Court for the Northern** |
| ***PARAGON DATA SYSTEMS INC.,*** | ) | **District of Ohio, Eastern Division** |
| | ) | **Case No. 1:05CV1519** |
| **Defendant** | ) | **Judge Leslie Wells]** |

**DECLARATION OF GILES MANIAS IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER**

**STATE OF OHIO** )
) **SS:**
**COUNTY OF CUYAHOGA** )

I, Giles Manias, am competent to provide this Affidavit and hereby attest that the information contained in it is true and accurate:

1. I am currently Vice President of Technical Sales and Support with Paragon Data Systems, Inc. ("Paragon"). I understand that this affidavit is being submitted in support of a motion for protective order filed in the captioned case involving a subpoena served by Automated Solutions Corp. ("Automated") upon The Providence Journal Company ("Providence Journal").

2. I understand that, pursuant to an order by the court, the Providence Journal has produced documents to Paragon's attorneys that are responsive to the subpoena. Contained in those documents are the names and telephone numbers of customers of Paragon that were given to the

Providence Journal as business references. From my position with Paragon, I am familiar with these references, which are identified in the documents that, for identification purposes, have been numbered PJC 0053, PJC0060-0061 and PJC0065-0066, and Paragon's business relationships with each of these businesses. Paragon has an ongoing business relationship with each of these businesses.

3. With the exception of the Cleveland Plain Dealer and contact persons there, the other four (4) businesses and contacts identified in the documents numbered PJC 0053, PJC0060-0061 and PJC0065-0066 have nothing to do with the newspaper industry. Paragan has never sold or attempted to sell any software developed for the newspaper industry to any of these four (4) businesses. Paragon's business with these four (4) businesses relates solely to printers and labels for bar code reading and data collection.

**FURTHER AFFIANT SAYETH NAUGHT.**

**GILES MANIAS**

SWORN TO BEFORE ME and subscribed in my presence this 5th day of November, 2005.

**NOTARY PUBLIC**

CATHERINE FAZIO, Atty.
NOTARY PUBLIC • STATE OF OHIO
My commission has no expiration date
Section 147.03 O.R.C.