AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

Automated

v.

Paragon

APPEARANCE

CASE NUMBER: ~~05-159~~ 05-128ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Providence Journal Company

I certify that I am admitted to practice in this court.

Date: 11/16/05

Signature: Mary C Dunn

Print Name: Mary C Dunn — Bar Number: 6712

Address: Blish + Cavanagh LLP, 30 Exchange Terrace

City: Providence — State: RI — Zip Code: 02903

Phone Number: 831-8900 — Fax Number: 751-7542

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.