AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

AUTOMATED SOLUTIONS

APPEARANCE

v.

PARAGON DATA SYSTEMS INC.

CASE NUMBER: MC-05-128 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AUTOMATED SOLUTIONS as local counsel

I certify that I am admitted to practice in this court.

*Date*

[signature]
*Signature*

GLENN FRIEDEMANN #3051
*Print Name* *Bar Number*

TILLINGHAST LICHT
TEN WEYBOSSET STREET
*Address*

PROVIDENCE, RI 02903
*City* *State* *Zip Code*

401-456-1258
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher