UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
NOV 1 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AUTOMATED SOLUTIONS CORPORATION, | ) | CASE NO. MC 05-128ML |
| Plaintiff, | ) | JUDGE MARY LISI<br>Magistrate Judge David L. Martin |
| v. | ) | [Related Case Pending in the United States District Court for the Northern District of Ohio<br>Case No. 1:05-CV-01519<br>Judge Leslie Brooks Wells] |
| PARAGON DATA SYSTEMS, INC., | ) | |
| Defendant. | ) | |

**MOTION OF PLAINTIFF AUTOMATED SOLUTIONS CORPORATION TO FILE DECLARATION OF CONSULTING EXPERT UNDER SEAL**

For the reasons set forth in the accompanying Memorandum of Law, herein incorporated, Plaintiff Automated Solutions Corporation respectfully requests that this Honorable Court permit it to file under seal a Declaration of its consulting expert in support of its Objection to Motion of Defendant for Protective Order and/or Stay Response to Subpoena Duces Tecum and serve opposing counsel with a redacted copy of the declaration to protect the identity of the consulting expert.

Plaintiff,
By its attorney,

Granted.
Mary M. Lisi USDJ 11/21/05

George E. Lieberman (#3860)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, Rhode Island 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

Dated: November 1, 2005

**CERTIFICATION**

Joseph J. Reale, Jr., Esq.
JOSEPH J. REALE, JR., LTD.
30 Kennedy Plaza, Suite 400
Providence, Rhode Island 02903

I hereby certify I caused to be mailed, U.S. mail, first-class, postage prepaid, to the above-named counsel of record a copy of the within Motion on the 1st day of November, 2005.

George E. Lieberman (#3860)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, Rhode Island 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

Dated: November 1, 2005